# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2012 MAY 16 AM 10: 16

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALEJANDRO DOMINGUEZ VAZQUEZ,

Defendant.

CASE NO. 12CR1642-JLS

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

18:1001

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 15, 2012

Bernard G. Skomal
U.S. Magistrate Judge